UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>US Securities and Exchange Commission</u>

        v.                Civil No. 11-cv-532-JL

<u>New Futures Trading International Corporation,</u>
<u>Henry Roche</u>

ORDER Re: <u>SERVICE</u>
<u>as to Henry Roche</u>

      The Court is not satisfied that proper service was effectuated and proper documentation filed as to the above named party, Henry Roche See Fed. R. Civ. P. 4(f).   Plaintiff is ordered to obtain and submit within 20 days, proper completed service documents and either a signed affidavit or other pleading showing proof of proper service.    Plaintiff should also be aware of the provision in Fed. R. Civ. P. 4(m) regarding service, or lack thereof, upon this defendant.

      SO ORDERED.

January 11, 2012                */s/ James R. Starr*
                                 James R. Starr
                                 Clerk

cc:    Deena R. Bernstein, Esq.