UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SECURITIES AND EXCHANGE
COMMISSION

    v.                              Civil No. 11-cv-532-JL

NEW FUTURES TRADING INTERNATIONAL
CORPORATION AND HENRY ROCHE

## ORDER DISSOLVING PERMANENT INJUNCTION

The Court, having reviewed the Joint Stipulation to Dissolve Permanent Injunction, and being fully advised in the same, hereby ORDERS, ADJUDGES and DECREES that the Permanent Injunction entered on May 24, 2012 [Doc. 27] should be lifted and dissolved as to Tish and Andrea Fappani, and Fappani Performance Horses, Inc. ("Fappani"). Fappani is no longer enjoined from: transferring breed registration certificates for the horse, "Reverse the Chex" aka "Tasha," AQHA Registration No. 5186369 to any person; selling the Horse to any person; and/or exerting any and all ownership and possessory rights to the horse.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  September 10, 2012

cc:  Deena R. Bernstein, Esq.